No. 114, Orig. LOUISIANA v. MISSISSIPPI ET AL., 488 U. S. 990. Petition for rehearing and alternative motion to file separate complaint denied.

No. 87–2127. AMERICAN FOREIGN SERVICE ASSN. ET AL. v. GARFINKEL, DIRECTOR, INFORMATION SECURITY OVERSIGHT OFFICE, ET AL. D. C. D. C. [Probable jurisdiction noted, 488 U. S. 923.] Motions of United States Senate and Speaker and Leadership Group for leave to file briefs as amici curiae out of time granted.

No. 88–148. SOUTHERN NATURAL GAS CO. v. FRITZ ET AL. Sup. Ct. Miss. Motion of petitioner to defer consideration of the petition for writ of certiorari granted.

No. 88–293. COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. v. REID. C. A. D. C. Cir. [Certiorari granted, 488 U. S. 940.] Motion of Volunteer Lawyers for the Arts Inc. et al. for leave to file a brief as amici curiae granted.

No. 88–309. WYOMING v. UNITED STATES ET AL. Sup. Ct. Wyo. [Certiorari granted, 488 U. S. 1040.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 88–1105. GUIDRY v. SHEET METAL WORKERS NATIONAL PENSION FUND ET AL. C. A. 10th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–6265. CARLSON ET UX. v. COUNTY OF HENNEPIN, MINNESOTA, ET AL. Ct. App. Minn. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until March 20, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.